```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12143
  CASANDRA D DANTZLER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-3915


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/08/2007 and was confirmed 10/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
MIDFIRST BANK              CURRENT MORTG        .00             .00             .00
MIDFIRST BANK              MORTGAGE ARRE    3804.81             .00             .00
CITIZENS BANK              SECURED VEHIC    9675.00          355.56          642.60
CITIZENS BANK              UNSECURED        4497.38             .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00             .00
CHASE                      UNSECURED       NOT FILED            .00             .00
B-REAL LLC                 UNSECURED         991.54             .00             .00
ASPIRE                     UNSECURED        3555.94             .00             .00
DEPENDON COLLECTIONS SER   UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED        1230.48             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        1211.31             .00             .00
ISAC                       UNSECURED        4194.41             .00             .00
SALLIE MAE LSCF            UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED        1126.98             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,414.00                          809.16
TOM VAUGHN                 TRUSTEE                                           130.08
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,937.40

PRIORITY                                         .00
SECURED                                       642.60
    INTEREST                                  355.56
UNSECURED                                        .00
ADMINISTRATIVE                                809.16
TRUSTEE COMPENSATION                          130.08
DEBTOR REFUND                                    .00
                                        ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12143 CASANDRA D DANTZLER
```

```
TOTALS                               1,937.40              1,937.40
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 08/26/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```